IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| EL TELAR INC | CASE NO. 09-07553 ESL |
| EL TELAR FRANCHISE CORP | CASE NO. 09-07554 ESL |
| MAXXIMA UNIFORMS INC | CASE NO. 09-07556 ESL |
| | SUBSTANTIVELY CONSOLIDATED |
| | Chapter 11 |
| YQB CORP | CASE NO. 09-09957 ESL |
| | JOINTLY ADMINISTERED |
| | Chapter 11 |
| ISAAC ROFFE ATTIAS | CASE NO. 09-09636 ESL |
| CLAUDIA BONINA MURCIANO MIRABAL | Chapter 13 |
| | FILED & ENTERED ON 06/16/2010 |

**O R D E R**

I hereby disqualify myself from this case. The Clerk shall reassign this case to another judge.

The hearing scheduled for June 21, 2010 at 9:30 A.M. in Lead Case 09-07553 will now be heard before the Honorable Brian K. Tester in Courtroom 3.

San Juan, Puerto Rico, this 16 day of June, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: ALL CREDITORS