```
                IN THE UNITED STATES BANKRUPTCY COURT FOR
                         THE DISTRICT OF PUERTO RICO

IN RE:


EL TELAR INC                              CASE NO. 09-07553 ESL
EL TELAR FRANCHISE CORP                   CASE NO. 09-07554 ESL
MAXXIMA UNIFORMS INC                      CASE NO. 09-07556 ESL

                                          SUBSTANTIVELY CONSOLIDATED

                                          Chapter 11

YQB CORP                                  CASE NO. 09-09957 ESL

                                          JOINTLY ADMINISTERED
                                          Chapter 11

ISAAC ROFFE ATTIAS                        CASE NO. 09-09636 ESL
CLAUDIA BONINA MURCIANO MIRABAL           Chapter 13



                                          FILED & ENTERED ON 06/16/2010
```

# O R D E R

I hereby disqualify myself from this case.  The Clerk shall reassign this case to another judge.

The hearing scheduled for June 21, 2010 at 9:30 A.M. in Lead Case 09-07553 will now be heard before the Honorable Brian K. Tester in Courtroom 3.

San Juan, Puerto Rico, this 16 day of June, 2010.

                                          *[signature]*
                                          Enrique S. Lamoutte Inclan
                                          U.S. Bankruptcy Judge

CC:   ALL CREDITORS

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: srodrigue          Page 1 of 2          Date Rcvd: Jun 16, 2010
Case: 09-09636                Form ID: pdf001          Total Noticed: 48
```

The following entities were noticed by first class mail on Jun 18, 2010.

```
db           ISAAC ROFFE ATTIAS,   600 BLVD DE LOS ARBOLES BUZON 459,   LOS ARBOLES DE MONTEHIEDA,
             SAN JUAN, PR  00926
jdb          CLAUDIA BONINA MURCIANO MIRABAL,   URB LOS ARBOLES DE MONTEHIEDRA,   459 CALLE BAUHINIA,
             SAN JUAN, PR  00926
smg          DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
smg          PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
             SAN JUAN, PR  00918
smg         +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
cr           BANCO POPULAR PR,   MIGDALIA EFFIE GUASP ESQ,   PO BOX 362708,   SAN JUAN, PR  00936-2708
cr           POPULAR AUTO,   EDGAR A VEGA RIVERA,   PO BOX 366818,   SAN JUAN, PR  00936-6818
2895285     +ASUME,   PO BOX 71414,   SAN JUAN PR 00936-8514
2871628      AT&T MOBILITY,   P.O. BOX 15067,   SAN JUAN, PR  00902-8567
2871629      AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO,   P.O. BOX 70101,   SAN JUAN, PR  00936-8101
2871630      AUTORIDAD DE ENERGIA ELECTRICA,   P.O. BOX 363508,   SAN JUAN, PR  00936-3508
2871631      BANCO POPULAR - MORTGAGE,   BANKRUPTCY DIV.,   PO BOX 362708,   SAN JUAN, PR  00936-2708
2893221      BANCO POPULAR DE  PUERTO RICO-SPECIAL LOANS,   PO BOX 362708,   SAN JUAN PR 00936-2708
2871632      BANCO POPULAR DE PR,   P.O. BOX 362708,   SAN JUAN, PR  00936-2708
2871633      BANCO POPULAR DE PR,   CARD PRODUCTS DIVISION,   PO BOX 363228,   SAN JUAN, PR  00936-3228
2891616      BANCO POPULAR DE PR,   BANKRUPTCY DEPARTMENT,   PO BOX 366818,   SAN JUAN PUERTO RICO 00936-6818
2871634      BANCO POPULAR DE PR,   CARDS PRODUCT DIVISION,   PO BOX 70100,   SAN JUAN, PR  00936-8100
2914490      BANCO POPULAR DE PUERTO RICO,   c/o WALLACE VAZQUEZ SANABRIA,   17 MEXICO STREET, SUITE D-1,
             SAN JUAN, PR  00917-2202
2871635     +CAMP JUDEA,   2700 NE EXPRESSWAY, C-500,   ATLANTA, GA 30345-1885
2895286      EL TELAR FRANCHISE CORP,   PO BOX 362469,   SAN JUAN PR 00936-2469
2871639     +EVA SOTO GOMEZ,   BALCONES DE SANTA MARIA BOX 01,   SAN JUAN, PR 00921-4756
2871638     +EVA SOTO GOMEZ,   BALCONES DE SANTA MARIA APTO A 101,   SAN JUAN  PR 00921-4753
2871640      FAFAEL HERNANDEZ BARRERAS &,   FIDEICOMISO FERNANDEZ CASTRODAD,   PMB 265 PO BOX 4985,
             CAGUAS, PR  00726-4985
2871641      FIDDLER GONZALEZ & RODRIGUEZ, PSC,   PO BOX 363507,   SAN JUAN, PR  00936-3507
2895301      FIDEICOMISO HERNANDEZ CASTRODAD,   CARR 1 KM 333 ANGORA BLOCK,   CAGUAS PR 00725
2942601     +FIDEICOMISO HERNANDEZ CASTRODAD,   P.O. BOX 8509,   SAN JUAN, PR 00910-0509
2895304    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,   PHILADELPHIA PA 19255)
2895303      IRS,   CITIVIEW PLAZA #2,   48 CARRETERA 165 SUITE 2000,   CAGUAS PR 00968-8000
2871642     +JEWISH COMMUNITY CENTER,   SHAARE ZEDECK SYNAGOGUE,   903 PONCE DE LEON AVE,
             SAN JUAN, PR 00907-3329
2871643      LA CASA DE ABU, INC.,   PO BOX 11362,   SAN JUAN, PR  00922-1362
2895305     +LCDA GRISELLE ORTIZ TRINIDAD,   COND CONDESA DEL MAR,   3103 AVE ISLA VERDE APT 1509,
             CAROLINA PR 00979-4945
2895306     +LCDA MARIA DEL PILAR VAZQUEZ MUNIZ,   PO BOX 1450,   MAYAGUEZ PR 00681-1450
2871644      LCDA. SYLVI AI. HERNANDEZ CASTRODAD,   PO BOX 4985 PMB167,   CAGUAS, PR  00726-4985
2871645      ONE LINK COMMUNICATIONS,   PO BOX 192296,   SAN JUAN, PR  00919-2296
2871646      POPULAR AUTO,   P.O. BOX 366818,   SAN JUAN, PR  00936-6818
2871647      POPULAR LEASING,   PO BOX 363228,   SAN JUAN, PR  00936-3228
2871648     +PUERTO RICO LOSS MITIGATION, INC.,   PO BOX 51938,   TOA BAJA, PR 00950-1938
2871649      PUERTO RICO TELEPHONE CO,   P.O. BOX 71535,   SAN JUAN, PR  00936-8635
2871650     +SAINT JOHN SCHOOL,   1454-66 ASHFORD AVE,   SAN JUAN, PR 00907-1568
2871651      SCOTIABANK DE PR,   P.O. BOX 362230,   SAN JUAN, PR  00936-2230
2871652      TREASURY SECRETARY,   DEPARTAMENTO DE HACIENDA,   P.O. BOX 9024140,   SAN JUAN, PR  00902-4140
2871653     +TREBOL MOTORS CORP.,   PO BOX 11204,   FDEZ JUNCOS SANTURCE, PR 00910-2304
2871654     +UNIVERSIDAD DEL SAGRADO CORAZON,   PO BOX 12383,   SAN JUAN, PR 00914-8505
2871655      WESTERNBANK PUERTO RICO,   PO BOX 1450,   MAYAGUEZ, PR  00681-1450
```

The following entities were noticed by electronic transmission on Jun 16, 2010.

```
cr           E-mail/PDF: rmscedi@recoverycorp.com Jun 16 2010 19:29:06     RECOVERY MANAGEMENT  SYSTEMS CORP,
             25 SE 2ND AVE STE 1120,   MIAMI, FL  33131-1605
2871636     +E-mail/Text: cfigueroa@crimpr.net                             CRIM,   P.O. BOX 195387,
             SAN JUAN, PR  00919-5387
2939626      E-mail/Text: resurgentbknotifications@resurgent.com                   LVNV Funding LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Fideicomiso Hernandez Castrodad,   P.O. Box 8509,   San Juan, PR 00910-0509
2893222*     BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS,   PO BOX 362708,   SAN JUAN PR 00936-2708
2871637*    +CRIM,   PO BOX 195387,   SAN JUAN, PR 00919-5387
                                                                                         TOTALS: 0, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2010**                                    **Signature:**        *Joseph Speetjens*