IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ISAAC ROFFE ATTIAS

CLAUDIA BONINA MURCIANO MIRABAL

XXX-XX-3809

XXX-XX-9055

Debtor(s)

CASE NO. 09-09636 BKT

Chapter 13

FILED & ENTERED ON 08/19/2010

ORDER

The notice of conversion to chapter 7 filed by debtors (docket #39) is hereby granted.

IT IS SO ORDERED.

San Juan, this 19 day of August, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
JOSE L JIMENEZ QUINONES
JOSE RAMON CARRION MORALES
ALL CREDITORS