IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ISAAC ROFFE ATTIAS

CLAUDIA BONINA MURCIANO MIRABAL

XXX-XX-3809

XXX-XX-9055

Debtor(s)

CASE NO. 09-09636 BKT

Chapter 7

FILED & ENTERED ON 11/22/2010

ORDER DISCHARGING TRUSTEE
AND RELEASING HIS BOND

The instant case was converted to Chapter 7 on 08/19/2010. The Chapter 13 Trustee has rendered a final report of his administration on 08/26/2010. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that his bond be cancelled and the surety thereon released from further liability thereunder.

SO ORDERED.

In San Juan, Puerto Rico, this 22 day of November, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

NOREEN WISCOVITCH RENTAS